UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,

    Plaintiffs,

v.                                         Civil Action No. 3:12cv589 (REP)

ACXIOM RISK MITIGATION, INC., *et al.*

    Defendants.

## DECLARATION OF LESLIE MATHIS

I, Leslie Mathis, state as follows:

1. I am a Financial Analyst, Team Leader, of Acxiom Corporation ("Acxiom Corp."). My office address is 301 East Dave Ward Drive, Conway, Arkansas, 72032.

2. In my capacity as Financial Analyst, I am responsible for corporate income tax compliance for Acxiom Corp. and its U.S. subsidiaries, including Acxiom Identity Solutions, LLC, a Colorado limited liability company formerly known as Acxiom Risk Mitigation, Inc. ("ARM"). In the course of my regular duties for Acxiom Corp., I have direct knowledge of the facts stated below.

3. ARM has had no offices, property, storage facilities, documents or employees in Virginia since at least 2008.

4. ARM has had no receipts for income tax purposes in Virginia since at least 2008, nor has it registered to do business in Virginia or had a registered agent for service of process in Virginia.

EXHIBIT B

5. Acxiom Corp. has had no real property, offices, or storage facilities in Virginia since at least 2008.

6. Acxiom Corp. has approximately 15 home-based employees working in Virginia. These home-based employees report to leaders (managers) in Acxiom offices outside of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2012 in Conway, Arkansas.

FURTHER AFFIANT SAYETH NOT.

_____
LESLIE MATHIS