www.orbitz.com Case 3:12-cv-00658-REP Document 23-3 Filed 10/26/12 Page 1 of 5 PageID# 133 Page 1 of 5

Hotels Flights Vacation Packages Cars Cruises Deals Activities
My Trips
Like 427k
Change search
Cleveland, OH (CLE) to Richmond, VA (RIC) Mon, Oct 29, 2012
Richmond, VA (RIC) to Cleveland, OH (CLE) Fri, Nov 2, 2012
Flexible Dates? Search +/- 3 days
Price Assurance: Our lowest price or you get 110% back - automatically > Learn more
Stops
Non-stop $871
1 stop $550
2+ stops
Flight Times
Leave: Depart Arrive
5:45 AM 8:45 PM
Depart: 5:45 AM - 8:45 PM
Return: Depart Arrive
5:15 AM 8:15 PM
Depart: 5:15 AM - 8:15 PM
Airlines
Select all | Clear all
Multiple Airlines $717
American Airlines $781
Delta Air Lines $893
United Airlines $781
US Airways $550
Total Price
$550 $2,240
Less than$
Hide Matrix
US Airways Multiple Airlines American Airlines United Airlines Delta Air Lines
Non-stop $871.60
1+ stops $550.20 $717.89 $781.20 $781.20 $893.20
Additional baggage fees may apply.
Matching Results: 250
Sort by: Price Departure Time Shortest Flight
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance Flight details
$550.20 Total cost Select
Leave Mon, Oct 29
10:35 AM Cleveland CLE 1:55 PM Richmond RIC 1 stop 3hr 20min US Airways 2716 / 2684 Seat map
Flight 2716 / 2684 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Return Fri, Nov 2
5:58 PM Richmond RIC 9:29 PM Cleveland CLE 1 stop 3hr 31min US Airways 1047 / 948 Seat map
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance Flight details
$550.20 Total cost Select
Leave Mon, Oct 29
10:35 AM Cleveland CLE 1:55 PM Richmond RIC 1 stop 3hr 20min US Airways 2716 / 2684 Seat map
Flight 2716 / 2684 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Return Fri, Nov 2
4:00 PM Richmond RIC 7:33 PM Cleveland CLE 1 stop 3hr 33min US Airways 2685 / 2676 Seat map
Flight 2685 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Run Cleveland - Richmond on Oct 29 - Nov 2 on these other sites:
priceline.com Best prices on flights to Richmond. Book Now!
travelocity Book your flight to Richmond and save today!
fly.com Cheap flights from Cleveland to Richmond
From: CLE To: RIC Departing: 10/29/2012 Returning: 11/02/2012 Travelers: 1
Clicking these links will open a new window but won't affect your current results page.
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance Flight details
$550.20 Total cost Select
Leave Mon, Oct 29
3:35 PM Cleveland CLE 6:58 PM Richmond RIC 1 stop 3hr 23min US Airways 1679 / 1882 Seat map
Return Fri, Nov 2
5:58 PM Richmond RIC 9:29 PM Cleveland CLE 1 stop 3hr 31min US Airways 1047 / 948 Seat map
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance Flight details
$550.20 Total cost Select
Leave Mon, Oct 29
3:35 PM Cleveland CLE 6:58 PM Richmond RIC 1 stop 3hr 23min US Airways 1679 / 1882 Seat map
Return Fri, Nov 2
4:00 PM Richmond RIC 7:33 PM Cleveland CLE 1 stop 3hr 33min US Airways 2685 / 2676 Seat map
Flight 2685 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Act Fast! Only 1 ticket left at this price!
We Can He
Care Of Th
Along The
Sponsored Links
Delta® - Official Site
Direct Delta Flights To & Tickets Today!
www.delta.com/
Fly to Richmond from $
Richmond Fares Just D
the Best Deals.
www.lowfares.com/Rich
Richmond Airport Parkin
Premium service at Park
$5.99 daily
www.bookparkngo.com/
New - $49 Airline Ticket
Fly Anywhere In The U.S
www.insanelycheapflight
JetBlue to Richmond
JetBlue flights to Richmo
book now!
www.jetblue.com/Richm
WIT
CARRY-
EXHIBIT
C
ALL-STATE LEGAL®

http://www.orbitz.com/shop/airsearch?type=air&ar.type=roundTrip&ar.rt.leaveSlice.orig.... 10/26/2012

www.orbitz.com - Flight Results Page 3 of 5

Select

Return Fri, Nov 2
4:00 PM Richmond RIC | 7:33 PM Cleveland CLE | 1 stop 3hr 33min | US Airways 2685 / 2676 Seat map
Flight 2685 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

**Act Fast!** Only 3 tickets left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
9:00 AM Cleveland CLE | 1:55 PM Richmond RIC | 1 stop 4hr 55min | US Airways 941 / 2684 Seat map
Flight 2684 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

Return Fri, Nov 2
5:58 PM Richmond RIC | 9:29 PM Cleveland CLE | 1 stop 3hr 31min | US Airways 1047 / 948 Seat map

**Act Fast!** Only 5 tickets left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
10:35 AM Cleveland CLE | 1:55 PM Richmond RIC | 1 stop 3hr 20min | US Airways 2716 / 2684 Seat map
Flight 2716 / 2684 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

Return Fri, Nov 2
2:25 PM Richmond RIC | 7:33 PM Cleveland CLE | 1 stop 5hr 8min | US Airways 2677 / 2676 Seat map
Flight 2677 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

**Act Fast!** Only 3 tickets left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
9:00 AM Cleveland CLE | 1:55 PM Richmond RIC | 1 stop 4hr 55min | US Airways 941 / 2684 Seat map
Flight 2684 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

Return Fri, Nov 2
4:00 PM Richmond RIC | 7:33 PM Cleveland CLE | 1 stop 3hr 33min | US Airways 2685 / 2676 Seat map
Flight 2685 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

**Act Fast!** Only 5 tickets left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
3:35 PM Cleveland CLE | 6:58 PM Richmond RIC | 1 stop 3hr 23min | US Airways 1679 / 1882 Seat map

Return Fri, Nov 2
2:25 PM Richmond RIC | 7:33 PM Cleveland CLE | 1 stop 5hr 8min | US Airways 2677 / 2676 Seat map
Flight 2677 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

**Act Fast!** Only 1 ticket left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
10:35 AM Cleveland CLE | 3:26 PM Richmond RIC | 1 stop 4hr 51min | US Airways 2716 / 2678 Seat map
Flight 2716 / 2678 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

Return Fri, Nov 2
9:22 AM Richmond RIC | 1:14 PM Cleveland CLE | 1 stop 3hr 52min | US Airways 2681 / 2636 Seat map
Flight 2681 / 2636 Operated by US AIRWAYS EXPRESS-MESA AIRLINES

**Act Fast!** Only 1 ticket left at this price!

No booking fees + FREE Price Assurance | Flight details

$550.20
Total cost
Select

Leave Mon, Oct 29
1:44 PM Cleveland CLE | 5:20 PM Richmond RIC | 1 stop 3hr 36min | US Airways 2655 / 2217 Seat map
Flight 2655 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Flight 2217 Operated by US AIRWAYS EXPRESS-PSA AIRLINES

Return Fri, Nov 2
2:25 PM | 7:33 PM | 1 stop | US Airways 2677 / 2676

http://www.orbitz.com/shop/airsearch?type=air&ar.type=roundTrip&ar.rt.leaveSlice.orig.... 10/26/2012

Richmond RIC
Cleveland CLE
5hr 8min
Seat map
Flight 2677 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance
Flight details
$550.20
Total cost
Select
Leave Mon, Oct 29
1:44 PM
Cleveland CLE
6:58 PM
Richmond RIC
1 stop
5hr 14min
US Airways 2655 / 1882
Seat map
Flight 2655 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Return Fri, Nov 2
5:58 PM
Richmond RIC
9:29 PM
Cleveland CLE
1 stop
3hr 31min
US Airways 1047 / 948
Seat map
Act Fast! Only 3 tickets left at this price!
No booking fees + FREE Price Assurance
Flight details
$550.20
Total cost
Select
Leave Mon, Oct 29
1:44 PM
Cleveland CLE
6:58 PM
Richmond RIC
1 stop
5hr 14min
US Airways 2655 / 1882
Seat map
Flight 2655 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
Return Fri, Nov 2
4:00 PM
Richmond RIC
7:33 PM
Cleveland CLE
1 stop
3hr 33min
US Airways 2685 / 2676
Seat map
Flight 2685 / 2676 Operated by US AIRWAYS EXPRESS-MESA AIRLINES
See 25 more result(s)
Return to top | Change search
Showing: 25 of 250 results
Prices shown are 'from prices' and are an average per traveller including all airfare taxes and fees and any applicable service fees.
Don't be sorry.
Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Traveler Update | Customer Support | Español
About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Agents | Terms and conditions | Your Privacy Rights
Low Fare Promise | Low Price Guarantee | Price Assurance | Orbitz Visa Card | Travel deals | Add Orbitz RSS feeds | Mobile | Facebook | Twitter
ORBITZ
Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2012, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724
Norton
TRUSTe