**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| TYRONE HENDERSON, | ) | |
| CHARLES TAYLOR, and | ) | |
| WILLIAM WILES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12cv589 (REP) |
| | ) | |
| ACXIOM RISK MITIGATION, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges

and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel

for Defendant Sterling InfoSystems-Ohio, Inc. ("Sterling-OH"), formerly known as Acxiom

Information Security Services, Inc. hereby certifies that there are no parents, trusts, subsidiaries

and/or affiliates of said party that have issued stock or debt securities to the public.

           Respectfully submitted,

           STERLING INFOSYSTEMS-OHIO, INC.,
           Formerly known as Acxiom Information Security
           Services, Inc.

_____/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
951 E. Byrd Street, Eighth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com

**Counsel for Sterling InfoSystems-Ohio,
formerly known as Acxiom Information Security Services, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
lenbennett@cox.net

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone:  (804) 861-6000
Facsimile:   (804) 861-3362
dale@pittmanlawoffice.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile:  (713) 751-0906
ccm@caddellchapman.com
mac@caddellchapman.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile:  (888) 892-3512
matt@clalegal.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone:  (215) 735-8600
Facsimile:   (215) 940-8000
dsearles@consumerlawfirm.com
jfrancis@consumerlawfirm.com

***Counsel for Plaintiffs***

               /s/
Megan S. Ben'Ary (Va. Bar No. 47349)
LeCLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5983
Megan.Benary@leclairryan.com
***Counsel for Sterling InfoSystems-Ohio, formerly known as Acxiom Information Security Services, Inc.***