**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,**

     **Plaintiffs,**

v.                                               **Civil Action No. 3:12cv589 (REP)**

**ACXIOM RISK MITIGATION, INC.,** *et al.*

     **Defendants.**

## NOTICE OF APPEARANCE

Christopher Colt North, Esq., of The Consumer & Employee Rights Law Firm, P.C., 751-A Thimble Shoals Boulevard, Newport News, VA 23606 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

                                      **TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,
For themselves and on behalf of all
Similarly situated individuals,**

                                      _____/s/_____
Christopher Colt North, Esquire
VSB# 16955
Attorney for Plaintiff
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com