UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**
**CHARLES TAYLOR, and**
**WILLIAM WILES,**

    **Plaintiffs,**

v.                                         Civil Action No. 3:12cv589 (REP)

**ACXIOM RISK MITIGATION, INC.,** *et al.*,

    **Defendants.**

## AMENDED FINANCIAL INTEREST DISCLOSURE STATEMENT

Defendant, Acxiom Corporation, appearing specially, and without admitting to personal jurisdiction or venue, by counsel, and pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, submits the following Amended Financial Interest Disclosure Statement.  Acxiom Corporation states that it is a publicly traded corporation.  The following publicly traded entities own 10% or more of Acxiom Corporation's stock: (1) Waddell & Reed Financial Inc. – 10.1% (Public Company); and (2) BlackRock Inc. – 10.1% (Public Company).

                                              **ACXIOM RISK MITIGATION, INC.**
                                              **and ACXIOM CORPORATION**


                                              By: /s/ Timothy St. George_____
                                                       Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
Tim.StGeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Risk Mitigation, Inc.*
*and Acxiom Corporation*

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 2nd day of November 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
lenbennett@cox.net

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone:  (804) 861-6000
Facsimile:   (804) 861-3362
dale@pittmanlawoffice.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile:  (713) 751-0906
ccm@caddellchapman.com
mac@caddellchapman.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile:  (888) 892-3512
matt@clalegal.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone:  (215) 735-8600
Facsimile:   (215) 940-8000
dsearles@consumerlawfirm.com
jfrancis@consumerlawfirm.com

*Counsel for Plaintiffs*

Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIRRYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile:  (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Acxiom Information Security Services, Inc.*

/s/ Timothy St. George
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-1339
tim.stgeorge@troutmansanders.com