UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,

    Plaintiffs,

v.                              Civil Action No. 3:12cv589 (REP)

ACXIOM RISK MITIGATION, INC., *et al.*,

    Defendants.

## AGREED SUPPLEMENTAL SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), as well as the Court's February 13, 2013 Order, counsel for the parties have conferred to develop a proposed supplemental discovery plan. The parties have agreed upon the discovery plan set forth herein.

The parties will conduct discovery in two phases.

Phase I will include all evidence reasonably necessary for the parties to litigate issues of class certification. In addition, as to Sterling InfoSystems-Ohio, Inc., f/k/a Acxiom Information Security Services, Inc. ("Sterling-OH"), Phase I discovery shall include factual discovery of the named Plaintiffs' claims that Sterling-OH violated the Fair Credit Reporting Act ("FCRA") with respect to the background reports for the named Plaintiffs.

In addition, as to Acxiom Risk Mitigation, Inc., now known as Acxiom Identity Solutions, LLC ("ARM"), and Acxiom Corporation ("Acxiom Corp."), Phase I discovery shall include discovery regarding the collection, processing, transmission, and/or use of the data by ARM and/or Acxiom Corp. that was included in the database of or in background reports prepared by Sterling-OH.

No party shall have an obligation to create or serve any privilege log in Phase I of this action.

Phase I discovery shall be completed by September 13, 2013. The deadline for the parties to file motions for summary judgment following Phase I shall be October 1, 2013. The deadline for Plaintiffs to move for class certification following Phase I shall be October 1, 2013. Opposition and reply briefs to such motions shall be filed within the timeframes set forth on the next page.

Upon completion of Phase I and disposition of such motions, and to the extent that the case is not thereby dismissed, the Court shall set a supplemental Scheduling Conference. Phase II discovery shall thereafter take place to the extent necessary based upon the Court's rulings on the parties' motions for summary judgment and the Plaintiffs' motion for class certification. Issues reserved for Phase II include any other issues in the case, including any discovery regarding Plaintiffs' claimed actual damages, whether Defendants violated the FCRA with respect to unnamed class members, and any factual issues bearing on whether Defendants' alleged violations of the FCRA were "willful." From the Plaintiffs' perspective, these "willfullness" discovery issues include resources devoted to FCRA compliance efforts, audits undertaken to confirm compliance, and class-wide factual discovery, although Defendants may not necessarily agree with the relevance or discoverability on these issues.

The following deadlines shall apply in Phase I of this case:

| **Activity** | **Deadline** |
|---|---|
|  |  |
| Deadline for amending the Complaint | April 18, 2013 |
| Deadline for Parties to serve Fed. R. Civ. P. 26(a)(1) disclosures with respect to the issues subject to discovery in Phase I | April 25, 2013 |
| Deadline for identification of expert witnesses by Plaintiffs. | June 3, 2013 |
| Deadline for identification of expert witnesses by Defendants. | June 24, 2013 |
| Deadline for Phase I expert disclosures by Plaintiffs | July 15, 2013 |
| Deadline for any Phase I expert disclosures by Defendants | July 31, 2013 |
| Deadline for rebuttal expert disclosures | August 15, 2013 |
| Close of Phase I discovery | September 13, 2013 |
| Deadline for parties to file motions for summary judgment based upon Phase I discovery | October 1, 2013 |
| Deadline for Plaintiff to file a motion seeking class certification | October 1, 2013 |
| Deadline for memoranda in opposition to: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | November 1, 2013 |
| Deadline for reply memoranda in support of: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | November 21, 2013 |
| Hearing on: (a) motions for summary judgment; and (b) motion seeking class certification | *December 16, 2013 10:00AM* |
|  |  |

3

The Court's existing discovery and Scheduling Orders shall continue to govern to the extent not inconsistent with this Supplemental Scheduling Order.

It is further ORDERED that Acxiom Corp.'s and ARM's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), or, in the Alternative, for a Transfer of Venue Pursuant to Fed. R. Civ. P. 12(b)(3), 28 U.S.C. § 1406(a) and 28 U.S.C. § 1406(a) is DENIED.

ENTERED THIS 4th DAY OF APRIL 2013.

/s/ REP
Hon. Robert E. Payne
Senior United States District Judge

WE ASK FOR THIS:

*/s/ Susan M. Rotkis*

Susan M. Rotkis
Virginia Bar No. 40693
Leonard A. Bennett
Virginia Bar No. 37523
Consumer Litigation Associates P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
srotkis@clalegal.com

Dale Wood Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
matt@clalegal.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
ccm@caddellchapman.com
mac@caddellchapman.com

James Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
dsearles@consumerlawfirm.com
jfrancis@consumerlawfirm.com

*Counsel for Plaintiffs*

_____
Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Acxiom Risk Mitigation, Inc. and Acxiom Corporation*

_____
Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E. Byrd St
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIRRYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Sterling InfoSystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc.*

6