DAVID N. ANTHONY
804.697.5410 telephone
804.698.5118 facsimile
david.anthony@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

April 1, 2013

**BY HAND DELIVERY**
The Honorable Robert E. Payne
United States District Court
　for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Re: *Tyrone Henderson, et al. v. Acxiom Risk Mitigation, Inc., et al.*
　　Civil Action No. 3:12cv589
　　Our File No. 239722.000004

Dear Judge Payne:

　　Per your direction to counsel for the parties at the Initial Pretrial Conference on March 25, 2013, counsel for the parties have discussed amongst themselves and with their clients whether they are agreeable to a private mediation or a settlement conference with a Magistrate Judge appointed by the Court in this case. On behalf of counsel for the parties, I am confirming that the parties are agreeable to having a private mediation of this matter.

　　In light of the holiday, we have had some time constraints in finalizing the selection of the private mediator, but are making progress in this regard. We fully expect to finalize our agreement upon a mutually acceptable private mediator by the end of this week, and we will notify the Court of the selected private mediator.

　　Please let us know if you need anything further from us in the interim.

Very truly yours,

David N. Anthony

Enclosure
cc:　Leonard A. Bennett, Esq. (w/encl. via email)
　　Charles K. Seyfarth, Esq. (w/encl. via email)
20379412v1



RECEIVED
APR - 1 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ATLANTA　BEIJING　CHICAGO　HONG KONG　NEW YORK　NORFOLK　ORANGE COUNTY　PORTLAND
RALEIGH　RICHMOND　SAN DIEGO　SHANGHAI　TYSONS CORNER　VIRGINIA BEACH　WASHINGTON, DC