UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TYRONE HENDERSON, ) | |
| CHARLES TAYLOR, and ) | |
| WILLIAM WILES, ) | |
| on behalf of themselves and ) | |
| all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:12-cv-00589-REP |
| ) | |
| v. ) | |
| ) | |
| ACXIOM RISK MITIGATION, INC., ) | CLASS ACTION |
| ACXIOM INFORMATION SECURITY ) | |
| SERVICES, INC., and ) | |
| ACXIOM CORPORATION, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION
TO ENLARGE TIME TO SERVE EXPERT DESIGNATIONS**

Plaintiffs, Tyrone Henderson, Charles Taylor, and William Wiles, on behalf of themselves and all others similarly situated, request that the Court grant them an enlargement of the time by which they are to disclose expert witnesses under Rule 26(a)(2). The grounds for this Motion are fully set forth in Plaintiffs' Memorandum in Support of Motion to Enlarge Time By Which to Serve Expert Designations, which is filed contemporaneously herewith.

Dated: July 8, 2013

      Respectfully submitted,

      CONSUMER LITIGATION ASSOCIATES, P.C.

BY:   /s/ *Leonard A. Bennett*
      Leonard A. Bennett (VSB #37523)
      Matthew Erausquin
      **CONSUMER LITIGATION ASSOCIATES P.C.**
      12515 Warwick Boulevard, Suite 100
      Newport News, VA 23606
      Telephone: (757) 930-3660
      Facsimile: (757) 930-3662

      Michael A. Caddell (*pro hac vice*)
      Cynthia B. Chapman (*pro hac vice*)
      Craig C. Marchiando (*pro hac vice*)
      **CADDELL & CHAPMAN**
      1331 Lamar, Suite 1070
      Houston TX 77010-3027
      Telephone: (713) 751-0400
      Fax: (713) 751-0906
      mac@caddellchapman.com
      cbc@caddellchapman.com
      ccm@caddellchapman.com

      James Francis (*pro hac vice*)
      David A. Searles (*pro hac vice*)
      **FRANCIS & MAILMAN, P.C.**
      19th Floor
      100 S. Broad St.
      Philadelphia, PA 19110
      Telephone: (215) 735.8600
      Fax: (215) 940-8000
      email: jfrancis@consumerlawfirm.com

      Christopher Colt North
      **THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
      751-A Thimble Shoals Boulevard
      Newport News, VA 23606
      Telephone: (757) 873-1010
      Fax: (757) 873-8375
      cnorthlaw@aol.com

Dale W. Pittman
**THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000 - Telephone
Fax: (804) 861-3368 - Fax
dale@pittmanlawoffice.com

***Attorneys for Plaintiffs and the Classes***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July 2013, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
Tim.StGeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Risk Mitigation, Inc. and Acxiom Corporation*

Charles Seyfarth, Esq.
**LECLAIR RYAN PC**
Riverfront Plaza - East Tower
951 E. ByrdSt
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804)916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
**LECLAIR RYAN PC**
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Sterling InfoSystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc.*

                                                   /s/ *Leonard A. Bennett*
                                                 Leonard A. Bennett