UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

F I L E D
JUL 2 5 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| TYRONE HENDERSON, CHARLES TAYLOR, and WILLIAM WILES, on behalf of themselves and all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> ACXIOM RISK MITIGATION, INC., ACXIOM INFORMATION SECURITY SERVICES, INC., and ACXIOM CORPORATION, </br></br> Defendants. | Case No. 3:12-cv-00589-REP </br></br> CLASS ACTION </br></br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO SERVE EXPERT DESIGNATIONS

CAME NOW Plaintiffs, Tyrone Henderson, Charles Taylor, and William Wiles, on behalf of themselves and all others similarly situated, by Counsel, upon their Unopposed Motion to Enlarge Time By Which to Serve Expert Designations.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of Counsel for Defendants Acxiom Corporation, Acxiom Risk Management, Inc., and Sterling InfoSystems-Ohio, Inc., it is hereby,

ORDERED, ADJUDGED, and DECREED that Plaintiffs' Unopposed Motion to Enlarge Time By Which to Serve Expert Designations be, and hereby is GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that the deadlines for Phase I discovery set forth in the Parties' Agreed Supplemental Scheduling Order (Dkt. No. 44) shall be amended as follows:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Phase I expert disclosures by Plaintiffs | July 15, 2013 | **August 15, 2013** |
| Deadline for any Phase I expert disclosures by Defendants | July 31, 2013 | **August 30, 2013** |
| Deadline for rebuttal expert disclosures | August 15, 2013 | **September 15, 2013** |
| Close of Phase I discovery | September 13, 2013 | **October 10, 2013** |
| Deadline for parties to file motions for summary judgment based upon Phase I discovery | October 1, 2013 | **October 18, 2013** |
| Deadline for Plaintiff to file a motion seeking class certification | October 1, 2013 | **October 18, 2013** |
| Deadline for memoranda in opposition to: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | November 1, 2013 | **November 12, 2013** |
| Deadline for reply memoranda in support of: (a) motions for summary judgment based upon Phase I discovery; and (b) motion seeking class certification | November 21, 2013 | **November 22, 2013** |

The Clerk is directed to send a copy of this Order to Counsel of Record.

ENTERED this 25 day of July, 2013

/s/ REP

United States District Judge
Robert E. Payne

2