UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**
**CHARLES TAYLOR, and**
**WILLIAM WILES,**

      **Plaintiffs,**

v.                                  Civil Action No. 3:12cv589-REP

**ACXIOM RISK MITIGATION, INC.,**
**ACXIOM CORPORATION, and**
**ACXIOM INFORMATION SECURITY**
**SERVICES, INC.,**

      **Defendants.**

## AGREED ORDER

CAME NOW Plaintiffs, Tyrone Henderson, Charles Taylor, and William Wiles, and Defendants, Acxiom Corporation, Acxiom Risk Mitigation, Inc., and Sterling Infosystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc., upon their Joint Status Report.

WHEREAS, the parties are currently engaged in settlement discussions and wish for a further continuance of the stay in litigation to focus on those efforts within a set schedule; and

WHEREAS, the parties have agreed to the relief requested, which will not adversely affect any existing trial date;

UPON CONSIDERATION WHEREOF, for good cause shown, it is hereby, ORDERED, ADJUDGED and DECREED as follows:

1.      The stay of all pretrial deadlines entered by the Court on September 6, 2013 is continued.

2. By February 27, 2014, the parties shall submit a joint status report to the Court discussing the status of their ongoing settlement discussions, as well as the current status of the litigation, and advising the Court of the proposed schedule then desired by the parties.

3. If, pursuant to the February 27, 2014 submission, the parties agree that the matter should proceed forward in litigation, the parties shall also submit with the joint status report a revised Supplemental Scheduling Order, which will propose for the Court's consideration and potential endorsement: (1) new deadlines for objections and responses to any written discovery that has been previously served by any of the parties; (2) new deadlines regarding expert disclosures; (3) a new discovery cutoff; and (4) a revised briefing schedule for any motions regarding class certification and/or motions for summary judgment.

The Clerk is directed to send a copy of this Order to counsel of record.

                                                HON. ROBERT E. PAYNE
                                                Senior United States District Judge

Richmond, Virginia
Date: January ___, 2013

**WE ASK FOR THIS:**

_____
Leonard A. Bennett, Esq. (VSB No. 37523)
Susan M. Rotkis, Esq. (VSB No. 40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email:  lenbennett@clalegal.com
Email:  srotkis@clalegal.com

Matthew J. Erausquin, Esq. (VSB No. 65434)
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA  22314
Telephone:  (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB No. 51673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St.
Petersburg, VA  23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Christopher C. North, Esq.
751-A Thimble Shoals Blvd.
Newport News, VA  23606
Telephone: (757) 873-1010
Email: cnorthlaw@aol.com

3

Michael A. Caddell, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
mac@caddellchapman.com

*Counsel for Plaintiffs*

_____
Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Corporation and Acxiom Risk Mitigation, Inc.*

_____
Charles K. Seyfarth (VSB No. 44530)
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd Street – 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary (VSB No. 47349)
LECLAIRRYAN PC
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Defendant, Sterling Infosystems-Ohio, Inc.,*
    *Formerly known as Acxiom Information Security Services, Inc.*

4