UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,

    Plaintiffs,

v.                                 Civil Action No. 3:12cv589 (REP)

ACXIOM RISK MITIGATION, INC., *et al.*,

    Defendants.

ORDER ~~STIPULATION~~ OF DISMISSAL WITH PREJUDICE OF COUNT VI

THIS DAY CAME Plaintiffs, Tyrone Henderson, Charles Taylor, and William Wiles, by counsel, and move the Court to dismiss with prejudice their individual claims set forth in Count VI of Plaintiffs' Original Class Action Complaint against Defendants, Acxiom Corporation, Acxiom Risk Mitigation, Inc. and Sterling Infosystems-Ohio, Inc. formerly known as Acxiom Information Security Services, Inc. (collectively, "Defendants").

UPON CONSIDERATION WHEREOF, for good cause shown, and by agreement of counsel for Plaintiffs Tyrone Henderson, Charles Taylor and William Wiles, and Defendants, it is hereby

ORDERED, ADJUDGED and DECREED that Count VI of Plaintiffs' Original Class Complaint is DISMISSED WITH PREJUDICE as to Defendants, Acxiom Corporation, Acxiom Risk Mitigation, Inc. and Sterling Infosystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc.

Upon entry of this Order, the Clerk of the District Court shall send copies to all counsel of record.

                                                    /s/      *REP*
                                  Robert E. Payne
Richmond, Virginia             Senior United States District Judge
Date: July 21, 2014

WE ASK FOR THIS:

_[signature]_

Leonard A. Bennett
Virginia State Bar No. 37523
*Attorney for Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

_[signature]_

David N. Anthony
Virginia State Bar No. 31696
*Attorney for Acxiom Corporation and*
  *Acxiom Risk Mitigation, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

_[signature]_

Charles K. Seyfarth
Virginia State Bar No. 44530
*Counsel for Sterling Infosystems-Ohio, Inc. formerly*
  *known as Acxiom Information Security Services, Inc.*
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd Street - 8th Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile: (804)916-7259
Email: charles.seyfarth@leclairryan.com

21946634v2