**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                  Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Having reviewed the JOINT STATUS REPORT (Docket No. 67) filed on September 24, 2014, and it appearing that the parties in this action have reached, in principle, an agreement regarding the disputes herein and that this action has been settled it is hereby ORDERED that:

(1)  the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement by November 10, 2014;

(2)  DEFENDANTS ACXIOM RISK MITIGATION, INC. AND ACXIOM CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, FOR A TRANSFER OF VENUE (Docket Nos. 26 and 31) is denied as moot.

It is so ORDERED.

                          /s/          
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: September 25, 2014