IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Having considered the JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT (Docket No. 69), it is hereby ORDERED that the motion is granted and the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement by December 10, 2014.

It is so ORDERED.

                                            /s/
                                  John A. Gibney, Jr.
                                  United States District Judge

Richmond, Virginia
Date: November 10, 2014