IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Having considered the JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT (Docket No. 71), it is hereby ORDERED that the motion is granted and the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement by January 12, 2015.

    It is so ORDERED.

                                          /s/       REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 17, 2014