IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                               Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Before the Court is the JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT (Docket No. 73) and the JOINT MOTION FOR THE APPOINTMENT OF MAGISTRATE JUDGE NOVAK TO SUPERVISE SETTLEMENT (Docket No. 75). Having considered the motions, it is hereby ORDERED that:

(1) the JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT (Docket No. 73) is granted and the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement by January 30, 2015;

(2) the JOINT MOTION FOR THE APPOINTMENT OF MAGISTRATE JUDGE NOVAK TO SUPERVISE SETTLEMENT (Docket No. 75) is granted and counsel are directed to contact Judge Novak's chambers by 5:00 p.m. January 20, 2015 for the purpose of scheduling a status conference call; and

(3) the hearing on the MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT is scheduled for 1:30 p.m. March 2, 2015.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 16, 2015