IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Having considered the JOINT MOTION FOR BRIEF EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION CERTIFICATION (Docket No. 82), it is hereby ORDERED that the motion is granted. It is further ORDERED that the plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement by February 4, 2015.

It is so ORDERED.

/S/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: February 3, 2015