IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                         Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

### ORDER

Having considered the CONSENT MOTION TO REQUEST THE HEARING ON MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT BE RESCHEDULED (Docket No. 87), and there being no objection thereto, it is hereby ORDERED that the CONSENT MOTION TO REQUEST THE HEARING ON MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT BE RESCHEDULED (Docket No. 87) is granted. It is further ORDERED that the hearing scheduled for 1:30 p.m. March 2, 2015 is rescheduled to 3:00 p.m. March 3, 2015.

    It is so ORDERED.

                                      /s/        /REP/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: February 27, 2015