IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                                    Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Due to a conflict in the Court's docket, it is hereby ORDERED that the hearing on the Motion for Preliminary Approval for Class Action Settlement scheduled for 1:00 p.m. March 5, 2015 is rescheduled to 2:30 p.m. March 16, 2015.

    It is so ORDERED.

/S/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: March 5, 2015