IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                        Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

    Defendants.

**ORDER**

Due to a conflict in the Court's docket, it is hereby ORDERED that the hearing on the Motion for Preliminary Approval for Class Action Settlement scheduled for 2:30 p.m. March 16, 2015 is rescheduled to 3:15 p.m. March 16, 2015.

It is so ORDERED.

                                      /s/
                           Robert E. Payne
                           Senior United States District Judge

Richmond, Virginia
Date: March 12, 2015