

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, et al.,

    Plaintiffs,

v.   Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION, INC., et al.,

    Defendants.

### ORDER

For the reasons stated on the record on March 16, 2015, the parties are hereby ORDERED to file their amended settlement agreement and related papers by April 6, 2015. The Court shall hold a preliminary approval hearing on April 20, 2015, at 2:00 p.m. and a final fairness hearing on June 25, 2015, at 1:30 p.m.

It is so ORDERED.

                                      /s/   REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 16, 2015