UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
CHARLES TAYLOR and
WILLIAM WILES,
*On behalf of themselves and All
others similarly situated*,

      **Plantiffs**,

v.                    Civil Action No: 3:12-cv-00589-REP

ACXIOM RISK MITIGATION, INC., ACXIOM
INFORMATION SECURITY SERVICES, INC.,
and ACXIOM CORPORATION,

      **Defendants.**

## THE PARTIES' SUPPLEMENTAL FILING IN SUPPORT OF CONSENT MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT

Come now, the Plaintiffs and Defendants, by counsel and pursuant to the Court's March 17, 2005 Order (Docket No. 92), they hereby file their Amended Settlement Agreement and related papers in support of the Consent Motion for Preliminary Approval. (Docket No. 84).

Specifically, they file and herein attach:

1.   *Amended* Class Action Settlement Agreement and Release;

2.   Redline *Amended* Class Action Settlement Agreement and Release;

3.   *Amended* Exhibit "1-B", Class Notice (Non-Claim Group);

4.   Redline *Amended* Exhibit "1-B", Class Notice (Non-Claim Group);

5.   *Amended* Exhibit "1-C", Class Notice (Claim Group);

6.   Redline *Amended* Exhibit "1-C", Class Notice (Claim Group);

7.   *Amended* Proposed Preliminary Approval Order;

8. Redline *Amended* Proposed Preliminary Approval Order;

9. Declaration of Leonard A. Bennett;

10. Declaration of Benny W. Davis, Jr., American Claim Services, LLC.

          Respectfully submitted,

          **TYRONE HENDERSON, CHARLES TAYLOR and WILLIAM WILES,**
          *On behalf of themselves and All others similarly situated,*

          _____/s/_____
          Leonard A. Bennett, VSB#37523
          Consumer Litigation Associates, P.C.
          763 J. Clyde Morris Blvd., Suite 1-A
          Newport News, VA 23601 Telephone
          Office – 757-930-3660
          Facsimile – 757-930-3662
          e-mail: lenbennett@clalegal.com

          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2015, I have filed the foregoing with the ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/
Leonard A. Bennett, VSB#37523
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601 Telephone
– 757-930-3660
Facsimile – 757-930-3662
E-mail: lenbennett@clalegal.com