**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TYRONE HENDERSON,**
**CHARLES TAYLOR**
**and WILLIAM WILES,**
***On behalf of themselves and all***
***others similarly situated,***

**Plantiffs,**

**v.** **Civil Action No: 3:12-cv-00589-REP**

**ACXIOM RISK MITIGATION, INC., ACXIOM**
**INFORMATION SECURITY SERVICES, INC.,**
**and ACXIOM CORPORATION,**

**Defendants.**

**THE PARTIES' SUPPLEMENTAL FILING IN SUPPORT OF CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs and Defendants, by counsel, and pursuant to the directive of the Court at the April 20, 2015 hearing, hereby file their proposed final forms of class notice and proposed Preliminary Approval Order in support of the Consent Motion for Preliminary Approval (Dkt. No. 84.) Specifically, the parties file and attach the following:

1. Amended Class Notice (Non-Claim Group) – **Exhibit A**;
2. Amended Class Notice (Claim Group) – **Exhibit B**; and
3. Proposed Preliminary Approval Order – **Exhibit C**.

A copy of the proposed Preliminary Approval Order, which has been revised to reflect the rescheduled date of the Final Approval Hearing, is currently being circulated among counsel for original signatures and will be submitted to the Court forthwith.

**TYRONE HENDERSON, WILLIAM WILES, and CHARLES TAYLOR**

BY:/s/ Leonard A. Bennett
Of Counsel

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Michael A. Caddell, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile:  (713) 751-0906
mac@caddellchapman.com

*Counsel for Plaintiffs*

**ACXIOM RISK MITIGATION, INC.**
**and ACXIOM CORPORATION**

BY:/s/ Timothy J. St. George
Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Corporation and Acxiom Risk Mitigation, Inc.*

          **STERLING INFOSYSTEMS-OHIO, INC.**
**Formerly known as Acxiom Information Security Services, Inc.**

BY:/s/ Charles K. Seyfarth
Of Counsel

Charles K. Seyfarth (VSB No. 44530)
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd Street – 8th Floor
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary (VSB No. 47349)
LECLAIRRYAN PC
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Defendant, Sterling Infosystems-Ohio, Inc., Formerly known as Acxiom Information Security Services, Inc.*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2015, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record, including:

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@cox.net

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
dale@pittmanlawoffice.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
ccm@caddellchapman.com
mac@caddellchapman.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-6080
Facsimile: (888) 892-3512
matt@clalegal.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
dsearles@consumerlawfirm.com
jfrancis@consumerlawfirm.com

*Counsel for Plaintiffs*

Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile:  (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIRRYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile:  (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Acxiom Information Security Services, Inc.*

        /s/ Timothy J. St. George
        Timothy J. St. George (VSB No. 77349)
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        Richmond, Virginia  23219
        Telephone: (804) 697-1200
        Facsimile:  (804) 698-1339
        Email: tim.stgeorge@troutmansanders.com