IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON, et al.

    Plaintiff,

v.                                Civil Case No. 3:12-cv-589

ACXIOM RISK MITIGATION,
INC, et al.,

    Defendant.

**ORDER**

For the reasons stated on the record on April 20, 2015, the Court ORDERS that the Hearing on the Final Approval of Class Settlement previously scheduled for June 25, 2015 at 1:30 p.m. is continued until July 29, 2015 at 2:00 p.m.

It is so ORDERED.

                                        /s/     REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 21, 2015