CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: April 20, 2015

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Tyrone Henderson v. Aetion Risk mgt., et al. | CASE NO: 3:12CV589 |
| | JUDGES: Payne |
| | COURT REPORTER: Peppy Peterson, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL (✓) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by (✓) with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

APR 20 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Arguments had on motion to Approval Class Settlement. Court set a hearing to be held on July 29, 2015 at 2:00 p.m.

Counsel for Plaintiff(s): Leonard Bennett, Esq.
Dale Pittman, Esq.   James A. Francis, Esq.

Counsel for Defendants: Alan Wingfield, Esq.   Charles K. Seyfarth, Esq.
David Anthony, Esq.   Timothy St. George, Esq.

SET: 2:00 p.m. BEGAN: 2:05 p.m.   ENDED: 2:45 p.m.   Time in Court: 40 Mins

RECESSES: