UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TYRONE B. HENDERSON SR., <br> CHARLES TAYLOR, and <br> WILLIAM WILES, <br> on behalf of themselves and <br> all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ACXIOM RISK MITIGATION, INC., <br> ACXIOM INFORMATION SECURITY <br>     SERVICES, INC., and <br> ACXIOM CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 3:12-cv-00589-REP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF THE
AFFIDAVIT OF THE SETTLEMENT ADMINISTRATOR**

Please take notice that Class Counsel, on behalf of the Settlement Administrator, hereby files the Affidavit of the Settlement Administrator containing the objections to the settlement submitted in accordance with the Settlement Agreement.

                                                  Respectfully submitted,

                                                  /s/
                                          Susan M. Rotkis (VSB #40693)
                                          Leonard A. Bennett (VSB #37523)
                                          **CONSUMER LITIGATION ASSOCIATES P.C.**

763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 (FAX)
srotkis@clalegal.com
lenbennett@clalegal.com

Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
ccm@caddellchapman.com

James Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
19th Floor
100 S. Broad St.
Philadelphia, PA 19110
Telephone: (215) 735.8600
Fax: (215) 940-8000
email: jfrancis@consumerlawfirm.com


Christopher Colt North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751-A Thimble Shoals Boulevard
Newport News, VA 23606
Telephone: (757) 873-1010
Fax: (757) 873-8375
cnorthlaw@aol.com

Dale W. Pittman
**THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000 - Telephone

2

Fax: (804) 861-3368 - Fax
dale@pittmanlawoffice.com

***Attorneys for Plaintiffs and the Classes***

Case 3:12-cv-00589-REP   Document 101   Filed 07/02/15   Page 3 of 4 PageID# 1311

## CERTIFICATE OF SERVICE

I hereby certify that on the 2d day of July 2015, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
Tim.StGeorge@troutmansanders.com

*Counsel for Defendants Acxiom Risk Mitigation, Inc. and Acxiom Corporation*

Charles Seyfarth, Esq.
**LECLAIR RYAN PC**
Riverfront Plaza - East Tower
951 E. Byrd St.
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804)916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
**LECLAIR RYAN PC**
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Sterling InfoSystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc.*

      /s/
Susan M. Rotkis (VSB #40693)
Leonard A. Bennett (VSB #37523)
**CONSUMER LITIGATION ASSOCIATES P.C.**
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 (FAX)
srotkis@clalegal.com
lenbennett@clalegal.com