UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
CHARLES TAYLOR, and
WILLIAM WILES,

    Plaintiffs,

v.                                                Civil Action No. 3:12cv589-REP

ACXIOM RISK MITIGATION, INC.,
ACXIOM CORPORATION, and
ACXIOM INFORMATION SECURITY
SERVICES, INC.,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FINALLY CERTIFYING
CLASSES FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL,
AND DISMISSING CLAIMS WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs, Tyrone Henderson, Charles Taylor, and William Wiles move the Court for final approval of their class action settlement with Defendants and an order dismissing the Class's claims with prejudice. The basis for this Motion is set forth in the concurrently filed Memorandum of Law.

July 17, 2015

**TYRONE HENDERSON, WILLIAM WILES, and CHARLES TAYLOR**

Respectfully submitted,

_____/s/_____
Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
Consumer Litigation Associates PC
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
703-273-6080 - Telephone
1-888-892-3512 - Facsimile
Email: matt@clalegal.com
Email: casey@clalegal.com

Leonard A. Bennett, Esq., VSB No. 37523
Susan M. Rotkis, VSB No. 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Michael A. Caddell *pro hac vice*
Cynthia B. Chapman *pro hac vice*
Craig C. Marchiando *pro hac vice*
**CADDELL & CHAPMAN**
1331 Lamar St., Suite 1070
Houston TX 77010

James A. Francis *pro hac vice*
David A. Searles *pro hac vice*
John J. Soumilas *pro hac vice*
**FRANCIS & MAILMAN PC**
Land Title Building
100 S. Broad Street, 19th Floor
Philadelphia PA 19110

Dale W. Pittman VSB 15673
**THE LAW OFFICE OF DALE W. PITTMAN, P.C.**
The Eliza Spottswood House 112-A W. Tabb St.
Petersburg VA 23803-3212

2

dale@pittmanlawoffice.com
804-861-6000

Christopher Colt North VSB 16955
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751-A Thimble Shoals Boulevard
Newport News, VA 23606
cnorthlaw@aol.com
Phone: (757) 873-1010
Fax: (757) 873-8375

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July 2015, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record, including:

Charles K. Seyfarth, Esq.
LECLAIR RYAN PC
Riverfront Plaza - East Tower
951 E Byrd St.
Richmond, VA 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
charles.seyfarth@leclairryan.com

Megan S. Ben'Ary, Esq.
LECLAIR RYAN PC
2318 Mill Road. Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

*Counsel for Sterling Infosystems-Ohio, Inc, formerly known as Acxiom Information Security Services, Inc.*

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Corporation and Acxiom Risk Mitigation, Inc.*

/s/
Matthew J. Erausquin, VSB No. 65434
Consumer Litigation Associates PC
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
703-273-6080 - Telephone
1-888-892-3512 - Facsimile
Email: matt@clalegal.com