

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
et al.,

     Plaintiffs,

v.                                        Civil Action No. 3:12cv589

ACXIOM RISK MITIGATION,
INC., et al.,

     Defendants.

### ORDER

Having considered the PLAINTIFFS' CONSENT MOTION TO ENLARGE

PAGE LIMITATIONS FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION

SETTLEMENT (Docket No. 107), and there being no objection thereto,

it is hereby ORDERED that the PLAINTIFFS' CONSENT MOTION TO ENLARGE

PAGE LIMITATIONS FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION

SETTLEMENT (Docket No. 107) is granted.

It is so ORDERED.

                    /s/    _R E P_
                    Robert E. Payne
                    Senior United States District Judge

Richmond, Virginia
Date: July 20, 2015