UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, CHARLES TAYLOR, and WILLIAM WILES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 3:12cv589 (REP) |
| ACXIOM RISK MITIGATION, INC., *et al.* | ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO MODIFY FINAL ORDER AND JUDGMENT AND TO ENLARGE TIME TO MAIL SETTLEMENT FUNDS TO ACTUAL DAMAGES CLASS MEMBERS**

Plaintiffs, Tyrone Henderson, William Wiles, and Charles Taylor; and Defendants, Sterling Infosystems-Ohio, Inc., formerly known as Acxiom Information Security Services, Inc.; Acxiom Identity Solutions, LLC, formerly known as Acxiom Risk Mitigation, Inc., and Acxiom Corporation (collectively, the "Parties"), by counsel, and they jointly move to Modify Final Order and Judgment and to enlarge the time to mail Settlement funds to Actual Damages Class Members. Specifically, the Parties request that the Court: (1) approve the Parties' proposed increase in the actual damage payment ceiling from $ 5,000.00 to $ 8,000.00; (2.) enlarge the time for mailing of the actual damages settlement fund to a date two weeks after the Court's entry of an Order resolving this motion; and (3) grant them such other and further relief as may be appropriate.

Respectfully submitted,

TYRONE HENDERSON
CHARLES TAYLOR
WILLIAM WILES

|  | STERLING INFOSYSTEMS-OHIO, INC., Formerly known as Acxiom Information Security Services, Inc. |
|---|---|
|  | ACXIOM IDENTITY SOLUTIONS, LLC, Formerly known as Acxiom Risk Mitigation, Inc. and ACXIOM CORPORATION |

/s/_____
Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

James A. Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Christopher C. North, Esq.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Email: cnorthlaw@aol.com

Michael A. Caddell, Esq.
CADDELL & CHAPMAN
1331 Lamar St, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
mac@caddellchapman.com

*Counsel for Plaintiffs*


/s/_____
Charles K. Seyfarth (Va. Bar No. 44530)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza – East Tower
919 East Main Street, Twenty-Fourth Floor
Richmond, Virginia 23219
Telephone: (804) 916-7159
Facsimile: (804) 916-7259
Charles.Seyfarth@leclairryan.com

Megan S. Ben'Ary (Va. Bar No. 47349)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5983
Megan.Benary@leclairryan.com

*Counsel for Defendant, Sterling InfoSystems-Ohio,
formerly known as Acxiom Information Security Services, Inc.*

/s/_____
David N. Anthony (VSB No. 31696)
Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.anthony@troutmansanders.com
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants, Acxiom Identity Solutions, LLC, formerly known as Acxiom Risk Mitigation, Inc. and Acxiom Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February 2016, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record, including:

>Charles K. Seyfarth, Esq.
>LECLAIR RYAN PC
>Riverfront Plaza - East Tower
>951 E Byrd St
>Richmond, VA 23219
>Telephone: (804) 916-7159
>Facsimile: (804) 916-7259
>charles.seyfarth@leclairryan.com
>
>Megan S. Ben'Ary, Esq.
>LECLAIR RYAN PC
>2318 Mill Road. Suite 1100
>Alexandria, VA 22314
>Telephone: (703) 647-5933
>Facsimile: (703) 647-5983
>megan.benary@leclairryan.com
>
>*Counsel for Sterling Infosystems-Ohio, Inc, formerly known as Acxiom Information Security Services, Inc.*
>
>Alan D. Wingfield (VSB No. 27489)
>David N. Anthony (VSB No. 31696)
>Timothy J. St. George (VSB No. 77349)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 698-1339
>alan.wingfield@troutmansanders.com
>david.anthony@troutmansanders.com
>tim.stgeorge@troutmansanders.com
>
>*Counsel for Defendants, Acxiom Corporation and Acxiom Risk Mitigation, Inc.*

        /s/ Leonard A. Bennett